IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Frederick Banks, An American Indian

        Plaintiff,

       v.

An Unknown Named

Number of US Postal Inspectors;

United States Postal Inspection Service;

David Anderchak; An Unknown Named

Number of US Postal Inspectors;

Timothy Pivnichny; An Unknown Named

Number of FBI Agents; Federal Bureau

Of Investigation; An Unknown Named

Number of BOP Agents operating from FCC

Forrest City and other Locations; Federal Bureau

Of Prisons; United States Of America;

Charles Samuels; Eric Holder; Barack

Obama; Ken Salizar; Department Of

The Interior; Bureau of Indian Affairs;

 An Unknown Named  Number

Of NSA Agents; National Security Agency:

The Obama Administration;

SIS Davenport; Tracie Fenner; Ricky

Foreman; Malissa Jackson; Paula Husky;

Michelle Wingo; Anthony Haynes; Captain

Wise; Dr Phylis Lynn boules; Dr Cuccio;

Dr Daniel T Nellor; Johns; Roberts; Hoberman;

United States of America; Federal Bureau of

Prisons; Haskin; Terry Norvel; Mike Doyle ;

John Jones, Thomas (a bop agent assigned to

The FCC Forrest city low Shu); US Congressman

Mike Doyle,

        Defendants.

Civil Action No. 1:13-CV-2105

**JURY TRIAL DEMANDED**

[EVIDENTRIARY HEARING REQUESTED)

**FILED**
HARRISBURG, PA

AUG 0 7 2013

MARY E. D'ANDREA, CLERK
Per_____
       Deputy Clerk

## **COMPLAINT; AND COMPLAINT FOR A WRIT OF MANDAMUS**

Plaintiff Frederick Banks See bop.gov Inmate Locator at #05711068 an American Indian   ("Banks") files the foregoing Complaint and Mandamus and represents as follows;

1.  Banks is a former federal inmate who was incarcerated in the Bureau or Prisons from June 2004 to May 2013. While Banks was incarcerated Defendants stole his Ferrari 355 and conspired to

keep him from reporting it using a technology known to the public at large as "Voice to Skull" and "Remote Neural Monitoring"

2. Banks was incarcerated based on two cases running consecutive for mail fraud, money laundering and other fraud crimes. See USA v. Banks, 04-176; USA v. Banks 03-245 out of the United States District Court for the Western District Of Pennsylvania.

3. The US Postal Inspectors and FBI returned a multitude of items to Banks subsequent to him filing a Motion for Return of Property. However, his Ferrari was not returned.

4. Inspector David Anderchak stated that the Ferrari was never in the possession of the US Postal Inspectors but he returned the keys in a "bag". The FBI stated that they never had the Ferrari in their possession. The keys to the garage at 2325 Sarah Street (the garage where the Ferrari was parked sits on Carey Way behind Sarah but the address was 2325 Sarah) were never returned as Anderchak stated.

5. Banks retrieved a photograph of the Ferrari with a Postal Inspector at the wheel of his vehicle outside of the garage driving it. The Ferrari was in the possession of the Postal Inspectors at all times material.

6. Banks filed a police report with the Pittsburgh Police which was assigned to Detective Standhouser. Standhouser stated that the car is not in the garage on Carey Way. The Postal Inspectors and or other Defendants not only took the car out of the garage they never returned the car to the garage but still have it and they know who specifically has it because using V2K technology the US Government knows every thought and memory of every US Citizen and keeps track of anyone deemed a threat to national security. When Banks complained of the theft and was drafting this suit the harassment transmissions intensified. The perpetrators stated to Banks that he will never get his car back. That Eric Holder and President Obama personally authorized the Voice to Skull Harassment, that if Banks keeps suiing they will never quit harassing him using voice to skull technology. That the government has his car and will never return it. That a person that has filed that many suits against the government should not ever have a lot of money nor a Ferrari and that the Courts will never let him win any lawsuits because the government does not want him to ever have money so that he can keep suiing them. The government harassers stated that Banks was suiing befcause "you don't have anyone who loves you" and "you don't have to do this" These transmissions went on twenty four hours a day. (The harassers stated that the transmissions continued even while Banks was asleep.) The government harassers stated that when Banks is returned to prison "we will fuck you up."

7. Some of the other harassing comments the government harassers stated using the unlawful transmissions were as follows:

    *You can do what ever you want to do

    *Wiccan

    *Bippy (bippy is s term of endearment that plaintiffs ex fiancée use to call him)

    *Predator ( these bop agents used this term simotaniously with Wiccan to Harris plaintiff when they knew he was convicted of mail fraud and money laundering)

    *You should have never done that (used when banks did something that produced an unfavorable result)

*We don't think you will ever leave prison if you come back

*Agents would comment on banks surroundings and others in his environment for instance when banks would gaze on a female he found attractive defendants would comment on what that female was thinking for instance they'd say she likes you or they might say she wasn't even paying attention to you.

*Banks did not have utilities including power so he went to a local coffee shop to charge up his cell phone defendants would comment they are getting sick and tired of you coming in here and charging up all your shit.

*I'm getting sick of this nigger

*You can do anything you want to do but you must stop suiting the bop.

*On one occasional defendants made banks see an African vulture swooping down from mt Washington to less that two feet from his face then right after had a person walking that was in front of banks suddenly turn around and give him a leering smile

*Used a computerized warped voice and synthesizer to harass him similar to the ones used in pop songs. A lot of the time this was used when banks was listening to music to harass him a during his listening enjoyment

*When you come back to prison we are going to kill you.

*When you come back to federal prison we are going to let all the pedophiles and Predators rape you

*You raped your own mother how could you do that (in 2005 banks mother was attacked by a rapist named Gus Lee Dagner) banks was in prison at the time on indictment for federal money laundering And mail fraud charges.

*When banks did something unfavorable towards defendants and their protocol they would use energy blasts delivered via satellite to harass him these blasts ( energy impulses) had the effect of making his head woozy and giving him the shakes. Defendants stated they did this because his mother had the shakes

*Defendants would often times say oh my god to directly contravene his known believe In a goddess pursuant to his Wiccan and witch status and religion.

*Defendants told banks that your mother would have never wanted you to die a Wiccan.

*Defendants told banks that he would be getting back together with his ex finance and she would become the first female president defendants told banks that he would be receiving the sum of 47 million dollars owed to him from all the people that used the name of his band "vampire nation" while he was In prison without his consent. Defendants told banks to give away the 47 million by buying a prepaid credit card company and giving a card with $100 dollars on it to every Wiccan in America and telling them to give this money to every poor person. defendants told banks to hold three press conferences in new forest uk, Kyoto Japan, France, And Salem. Mass. Defendants said this in the first instance because they knew banks would always give money to poor people he would meet on the street and bus tickets and bus cards to people waiting for the bus even though he walked everywhere and did not ride the bus.

*Defendants told banks that they knew realty counseling company and Jim sprout and carol tulip where responsible for the theft of his Ferrari and that they were holding his car hostage in the garage they controlled.

*Defendants harassed plaintiff each and every time he would go to report to us probation while he was in the waiting room and after the meetings would make comments on the results.

*Defendants would harass plaintiff while he was eating dedicating and bathing on a daily basis.

* Defendants told plaintiff that they were using these techniques even while he was sleeping each day when banks woke up defendants would begin speaking to him in an animated fashion.

*Bippy you can do anything we are not going to stop talking to you unless you stop suiting the bop.

*Who you talking to? A predator (defendants used this question and answer technique where truck would ask a question and cheeks would answer it)

*You are nothing more than a predator

*Defendants told him that their was a predatory dangerous bird living right above him in the walls in the room that he slept

*Defendants would tell him that's there was someone at his door or there was someone in his living room or house.

*Your paper work (lawsuits) will never get you any money

*No one will ever love you like your mother loved you

*Meredith never loved you (Meredith was plaintiffs ex-fiance he lost because he was incarcerated)

*Your a suspect

*What's he being arrested for? Harassing staff.

*You are nothing more than a Predator

*Don't tell them those things bippy.

*When we get you we are going to fuck you up.

*Exactly! (Used when plaintiff thought of something he might do such as go to the store)

*When we get you we will beat the living shit out of you.

*Don't do it to them bippy.

*You don't have to suit us we will never let you win anything.

*He didn't send you anything (referring to a payment I was supposed to receive from a client)

*Bippy we will never stop talking to you.

*Bippy if we wanted to we could fuck you up

*You have no idea what we are capable of.

*You are a threat

8. Defendants SIS Davenport; Tracie Fenner; Ricky Foreman; Malissa Jackson; Paula Husky; Michelle Wingo; Anthony Haynes; Captain Wise; Dr Phylis Lynn boules; Dr Cuccio; Dr Daniel T Nellor; Johns; Roberts; Hoberman; Haskin; Terry Norvel; Mike Doyle ; John Jones; Thomas (a bop agent assigned to The FCC Forrest city low Shu); "VLAD", "BAT", "CHEEKS" & "TRUCK" four unknown named agents that operated from FCC Special Housing Unit's control room were well aware that the V2K technology was being operated against Banks but did nothing to intervene or stop it. They also had actual knowledge of the agents or agencies that actually possessed Bank's stolen Ferrari.

9. The activity explained was in violation of the Electronic Communications Act as amended and the Privacy Act and Bank's first Amendment Right to Privacy and was an unlawful invasion without probably cause of his Rights to be free from searches and seizures under the forth Amendment.

10. However there are so many things defendants where saying and still are on a 24 hour around the clock basis it would be impossible to document all of them in this short concise complaint. All defendants are sued individually, severally and wholly for violations of plaintiffs free exercise rights, violations of the establishment clause, chilling his free speech rights as a person of ordinary firmness in violation of the first amendment, unlawfully without probably cause or a warrant searching and seizing his thoughts, violating his due process rights,. Defendants violated banks property rights as an American Indian which he is in violation of the northwest ordinance of 1787 and interfered in his contractual relations with companies he did business with, the Sioux treaty of fort Laramie was violated by these "bad men" against this American Indian, intentional interference with contractual relations, negligent interference with contractual relations, negligent infliction of emotional distress, intentional infliction of emotional distress, negligence, Waton infliction of pain, cruel and unusual punishment, gross negligence, strict liability. Defendants actions where intentional knowing purposeful intelligent malicious and damage plaintiff as a result defendants owe the plaintiff 94,000,000 plus costs interests and fees. $27,000 in actual damages for the vehicle, and moves the court for an order to defendants to either return the vehicle to him or issue a check forthwith or replacement Ferrari vehicle. (the Ferrari is a 355 replica that sits on a Fiero chasis and is registered as a Fiero the US Postal Inspectors, Anderchak and the other Defendants including the FBI used this to their advantage to hide the vehicle in so that it would never be found or that if it was found they could claim it was an honest mistake.) Because the harassment is ongoing this complaint is filed without prejudice if the court dismisses the claims for failure to exhaust any remedies plaintiff reserves his rights to suit at a later time. Under the "bad men" provision of the Sioux Treaty 15 Stat 635 (1868) the sovereign immunity of the United States is waived by implication. Banks also invokes the Tucker Act and the Little Tucker Act.

11. The harassing communications using the voice to skull technology was done for the purpose of degrading Banks so that he would lose his memory or be so disorganized that he would not be able to file this and other lawsuits related to the harassment and theft of

his personal property and violated him in his property rights as an American Indian preserved by treaty 15 stat 635 and in the Organic laws of the US Constitution aka the Northwest Ordinance.

12. As stated when the US Postal Inspectors returned the other property they had in their possession to Banks and the FBI these agents also returned a photograph of one of their agents with the vehicle showing that it was indeed in their physical possession. Also returned were a bunch of Blank Negatives that appeared to have been erased. Mike Doyle is sued in his capacity as an investigator into my allegations and it is requested that the Court compel him to look further into the matter.

**There are numerous discussions and articles providing us with the effects, definitions and usages of Voice to Skull Transmissions for insrtance in Wired magazine (see: http://www.wired.com/dangerroom/2008/05/army-removes-pa/ ) they stated in an Article here what exactly Voice to Skull is**

# Army Yanks 'Voice-To-Skull Devices' Site

- By Sharon Weinberger
- 05.09.08
- 8:26 AM



The Army's very strange webpage on "Voice-to-Skull" weapons has been removed. It was strange it was there, and it's even stranger it's gone. If you Google it, you'll see the entry for "Voice-to-Skull device," but, if you click on the website, the link is dead.

The entry, still available on the Federation of American Scientists' website reads:

*Nonlethal weapon which includes (1) a neuro-electromagnetic device which uses microwave transmission of sound into the skull of persons or animals by way of pulse-modulated microwave*

*radiation; and (2) a silent sound device which can transmit sound into the skull of person or animals. NOTE: The sound modulation may be voice or audio subliminal messages. One application of V2K is use as an electronic scarecrow to frighten birds in the vicinity of airports.*

The U.K.-based group <u>Christians Against Mental Slavery</u> first noted the change (they also have a permanent <u>screenshot of the page</u>). A representative of the group tells me they contacted the Webmaster, who would only tell them the entry was "permanently removed."

The image above is one person's self-styled depiction of how a "voice-to-skull" weapon might work.

[Image: <u>Raven1.net</u>]

13. Also see the American Federation Of Scientists website at fas.org
14. Futher, recently a court issued an order enjoining a Defendant from using harassing transmissions and voice to skull technology see
http://www.wired.com/dangerroom/2009/07/court-to-defendant-stop-blasting-that-mans-mind/

# Court to Defendant: Stop Blasting That Man's Mind!

- By <u>David Hambling</u>
- 07.01.09
- 5:59 PM



Late last year, James Walbert went to court, to stop his former business associate from blasting him with mind-altering electromagnetic radiation. Walbert told the Sedgwick County, Kansas panel that Jeremiah Redford threatened him with "jolts of radiation" after a disagreement over a business deal. Later,

Walbert, said, he began feeling electric shock sensations, hearing electronically generated tones, and getting popping and ringing sounds in his ears. On December 30th, the court decided in Walbert's favor, and issued a first-of-its-kind order of protection, banning Redford from using "electronic means" to further harass Walbert. No, seriously.

I recently took part in a BBC Radio 4 program, which took a light-hearted look into the "the real Manchurian Candidate" — and examined whether there is any truth in stories of mind control. It gave me a chance to talk about exotic non-lethal weapon concepts like the so-called telepathic raygun, the system which beams sound directly into your skull, and the "voice of god" talking fireball. Most of these projects are just lab experiments, or examples of Powerpoint engineering. But in some legal, policy, and business circles, electromagnetic brain assaults are being taken seriously.

Walbert's cause is supported by Jim Guest, a Republican member of the Missouri House of Representatives. He's working on proposed legislation to addresses electronic harassment, including a bill against the forced implantation of RFID chips.
The U.N. is also now taking the possibility of electromagnetic terrorism against people seriously. And for the first time this year's European Symposium on Non-lethal Weapons included a session on the social implications of non-lethal weapons, with specific reference to "privacy-invasive remote interrogation and behavioral influence applications." Those who believe they are being targeted are getting a bit of official recognition.

For some, this opens up a new business opportunity. There are already quite a few companies out there offering "Technical Surveillance Counter Measures," or sweeps to determine if you are the victim of electronic harassment. As well detecting the usual bugging devices, they can check if you are being covertly bombarded by microwaves which may be the cause of "headache, eye irritation, dizziness, nausea, skin rash, facial swelling, weakness, fatigue, pain in joints and/or muscles, buzzing/ringing in ears."

Much of this trade may come from people with symptoms caused by something less exotic than high-tech military hardware. But companies will no doubt be willing to sell them expensive protection measures, anyway. And as awareness of these developing technology projects increases, we are likely to be hearing a lot more about "electronic harassment," "gang stalking" and the like over the next few years.

And there is also likely to be what folklorists call "Ostension," or acting out. Now that there are so many websites explaining how easy it is to harass people by zapping them with a modified microwave oven, sooner or later someone is bound to try it.

*[Photo: U.S. Army]*

- 
  o

15. Banks has an indisputable right to relief by way of Mandamus. Defendant's are stating that his vehicle was never in their physical possession yet he has evidence that the vehicle was in their physical possession. Detective Standhouser reported that the Ferrari vehicle was never re-registered and is still in Bank's name. The government is in possession of the vehicle and is using the vehicle to aid in their harassment using the Voice to Skull technology.

16. In 2013 Banks exchanged e-mails with a company called bugsweeps that specializes in helping people shield themselves from the electromagnetic waves used by the defendant's when they are electronically harassing people. See below:

•



Yahoo! Mail

RE: Shielding Ideas
FROM Roger at Bugsweeps TO You

**From:** Frederick Banks [mailto:fredbanks123@ymail.com]
**Sent:** Saturday, August 03, 2013 10:13 AM
**To:** Roger at Bugsweeps
**Subject:** Re: Shielding Ideas

It was good speaking with you.

who has the capability to do this continually the government? if so what agency? I will get back to you as soon as possible. do you know what agencies or agents this v2k originates from? Thanks.

Fred

**From:** Roger at Bugsweeps <bugsweeps@earthlink.net>
**To:** fredbanks123@ymail.com

**Sent:** Saturday, August 3, 2013 11:40 AM
**Subject:** FW: Shielding Ideas

**From:** Roger at Bugsweeps [mailto:bugsweeps@earthlink.net]
**Subject:** Shielding Ideas

Shielding Ideas

To completely shield against EH (electronic harassment) something like a military-grade electromagnetically shielded bunker costing perhaps hundreds of thousands of dollars may be the only thing that would accomplish this. Even industrial double-walled copper shielded screen rooms starting at $10,000 allow an estimated 10% of directed energy through. While completely shielding a room with sheet metal, metalized paint, paint with graphite or iron filings added to it, or carbon-impregnated foam are more affordable options, the vast majority have found that shielding just their bodies is the most practical. In many cases it has been found to reduce EH to a manageable level.

The following are shielding ideas that have been found to work well based on trial and error. Shielding that tends to be popular due to their convenience and economy are gel packs and rubber mats, so consider starting with these first for shielding the affected areas of the body.

Water and Gel Packs

Water has the effect of absorbing directed energy. Examples of the use of water as shielding are a wet towel wrapped around the head, a wet blanket sealed in painter's plastic, an inflatable beach ball filled with water, filled plastic soda bottles placed against the body or under the bed, dangling feet in a kettle of water, running a humidifier, using a mister, and hand lotion or other lotions, gels and creams applied to the skin. One commented that sleeping on a water bed had the effect of "completely grounding-out the directed energy." Blue hot/cold gel packs available at pharmacies used at room temperature are especially popular; several of them taped together into a blanket increases effectiveness.

Rubber and Silicone Rubber

Also popular are rubber mats, the kind with suction cups for use in a bath tub, not to be confused with similar-looking vinyl ones. The Rubbermaid brand may be better than others possibly due to a purer rubber content. Larger sheets of rubber can be ordered from http://www.rubbercal.com/ and related internet sources. Flexible silicone bake ware such as silicone baking sheets have been found to be effective and are easy to wrap around the head.

Metal

Examples of using metal in disrupting directed energy are steel cookie sheets placed against the affected area of the body, heavy pieces of steel such as barbell plates placed next to the head while sleeping, steel wool, lead xray aprons available on the internet starting below $100, metal hairpieces, metal necklaces, metal wrist and ankle bracelets, and metal belts. Some of us have fashioned metal enclosures out of large diameter sheet metal galvinized steel ducting material from Home Depot, from tall steel filing cabinets, and from aluminum screen, the metal kind used for window screen and screened doors available at hardware stores, not to be confused with the similar-looking dull grey vinyl material, wrapped around a wood-framed structure. Generally aluminum foil has not been found to be very effective unless if many layers are used; the same is the case for mylar blankets, thin metalized polyester sheets available in the camping supplies section at Walmart for ~$2 each and other retailers or by the roll on the internet.

Magnets

Neodymium and other strong or large magnets available on the internet placed against the head or other parts of the body have been found to be effective. Some have found increased effectiveness when orienting the north side of the magnet (the side that attracts the north pointer of a compass) toward the body.

Electrical Grounding and Ground Planes

Aluminum screen that is electrically grounded, thus forming a ground plane, has the effect of absorbing directed energy. For example place a bed-sized sheet on the mattress, with a fitted sheet and perhaps a thin cotton pad on top of it, and with a wire or clip lead connect the screen to electrical ground (third round prong of an electrical receptacle, cold water supply line metal plumbing pipe under the sink, or a metal rod driven ~2' into the ground outside). Also effective is having an electrically grounded wire touching the skin while sitting or sleeping.

Ceramic Tile and Ceramic Clay Packs

Ceramic flooring tile, ceramic shower tile, or any other ceramic tile, available from the flooring department at Home Depot or other home supply or tile store, have been found to be one of the most effective forms of shielding, a brute-force solution when other shielding countermeasures aren't enough, as the military uses ceramic bricks for electromagnetically shielding their bunkers. For example get a box of 10 16" x 16" flooring tiles for ~$15 and place a layer of them on the mattress, with a fitted sheet and perhaps a thin cotton pad on top of them. Although it sounds uncomfortable many swear by it. In addition a tile can be leaned against the abdomen and another against the head.

Thermipaq brand hot/cold ceramic clay packs available at pharmacies used at room temperature have also been found to offer relief.

Shielded Fabrics and Clothing

Shielded fabrics available from http://www.lessemf.com/ and http://www.blockemf.com/, or even metallic-like fabrics from regular fabric stores, and clothing and bed sheets fashioned from these, work pretty well for some. Some shielded clothing items are available from http://www.lessemf.com/ and http://www.blockemf.com/.

A fabric conditioner called AegisGuard LL, available from http://www.blockemf.com/ and http://www.goaegis.com/, added to the final rinse cycle of the laundry while in the washing machine, results in clothes and bed sheets being electromagnetically shielded; cost is ~$4 per laundry load.

Head Shielding

Some have found shielding just the head to be effective in generally reducing EH. Examples of head shielding are copper mesh scourers, the kind used for cleaning pans available in the grocery store cleaning supplies isle for ~$3/pair, unrolled into a copper netting material and wrapped around the head, electromagnetically shielded baseball cap for $30 from http://www.lessemf.com/ and http://www.blockemf.com/, electromagnetically shielded balaclava for $60 from http://www.lessemf.com/, a hat washed in AegisGuard, army helmets, motorcycle helmets, and wrapping the head with gel packs. A notably effective head shielding countermeasure consisting of a cap fashioned from washer-like steel disks is available for $85 from http://areyoutargeted.com/2010/02/14/liquidating-remaining-stock-of-v2k-caps.

Auditory Countermeasures

Foam earplugs can aid in blocking-out external noise. Adding a set of headphones with white noise from a white noise CD, white noise audio file, or just an AM radio tuned to background noise between stations, played at high volume will further drown-out external noise. Using noise-canceling headphones will help further still.

Playing one or more radios tuned to different news talk stations or tuned to different types of music stations such as classical and jazz is effective in drowning-out induced voices so you can't tell what they're saying, as is listening to multiple voice recordings available at http://www.randomcollection.info/antiv2s.htm (download and save to your computer for repeated playing).

A free anti-tinnitus CD available from Case Electronics at (573) 870-0938 (leave message) used with separately purchased high frequency headphones while sleeping not only offers relief for those specifically suffering from high-pitched noises, but has been found to be relaxing for many of us in general. The headphones used with the CD must have an upper frequency response of at least 25kHz such as the KOSS KSC75 available at Walmart for ~$20 and other retailers (you need the high frequency headphones, listening to the CD on conventional speakers doesn't help).

Brain entrainment CDs, brain entrainment software for PCs such as the free BrainWave Generator available at http://www.bwgen.com/, and audio tone generator software for PCs such as the free NCH Tone Generator available at www.nch.com.au/tonegen, have been found to be beneficial at entraining the brain, consequently reducing the influence of EH.

Jamming

Home-made electric and magnetic jammers such as those at www.us-government-torture.com/callallfriends.html and www.us-government-torture.com/countermeasuresNOguaranteeNov2000.htm may be worth experimenting with; the bare-wire electric motor jammer has been found to be notably effective.

At least one of us has found relief using an electrotherapy TENS unit which uses small electrical impulses to effect pain relief, placing the electrodes against the skin adjacent to the affected area, available on the internet and at some pharmacies starting at ~$30.

A couple have found significant relief via PEMF (pulsed electromagnetic field) therapy administered by alternative medicine practitioners. PEMF treatments vary from fifteen dollars for donation-based services to several hundred dollars for a session.

Vibration

A portable hand vibrator, a palm sander, or a box fan leaned against the bed to provide vibration have been found to be effective for some.

Physical Movement

Moving around during the day, by working around the house, gardening, going for walks in the park, and hiking, have been found to be quite effective at reducing EH and consequently clearing the mind. Even shaking a leg while sitting has been found to be effective.

Good Health

Just eating right, getting enough rest, exercising, and otherwise maintaining good physical health will reduce the effects of EH.

Psychological

Focusing on the positive, avoiding obsessing on our harassment, and maintaining a relaxed state within the mind via meditation, herbal relaxants, or relaxing music, will further offset the effects of EH. A couple of us have found the writings of Eckhart Tolle to be helpful: one of us practices a form of meditation espoused in his bestselling book "The Power of Now" which enabled him to slow down his thoughts enough so he could distinguish which thoughts were being induced into his subconscious reinforced with

pain, and consequently was able to recognize and overcome their degrading influences; and another notes his book "A New Earth" was very effective in coping with her harassment, which espouses accepting the "present moment," rather than resisting, obsessing on the fact things are not the way you want them to be. Another of us practices self-hypnosis to eliminate pain which for some reason apparently caused them to back-off and stop his V2S. For sleep deprivation valerian root and prescription Ambien have been found to work well. Many have commented that as this is a spiritual battle prayer has been very helpful.

Other

In addition many electromagnetic shielding materials are available from http://www.lessemf.com/ and http://www.blockemf.com/.

Examples

One of us wears a shielded baseball cap and clothes washed in AegisGuard during the day, sleeps on ceramic tiles with an electrically grounded wire contacting the skin at night, and listens to an entrainment CD for an hour in the morning.

Another of us sleeps on top of several rubber mats, and under a blanket fashioned from gel packs taped together with several rubber mats on top of that, and has more gel packs wrapped around the head with a rubber mat wrapped around those.

Another of us sleeps in an aluminum screen-wrapped wood-framed structure.

Strategies

As everyone's targeting is different no one countermeasure works for everyone so experiment to see which set of countermeasures work best for you. Try one thing at a time. Even if something doesn't have much effect at first or if its effect diminishes after a couple of days try it for a week as it perhaps takes three days for them to adjust their protocol and then another three days for you to adjust to the new protocol before you know how effective it really is. If things get extremely bad then discontinue but be aware sometimes sticking it out for several days proves beneficial in the long run. Also the beneficial effects on your physical and psychological health may not become apparent until after a couple of weeks or so.

Try inexpensive countermeasures first before spending a lot of money on more elaborate versions. Try $3 copper mesh scourers before spending $30 for a shielded baseball cap, try a $10 rubber mat before spending $150 for a blanket-sized sheet of rubber, try a $5 home-made bare-wire electric motor jammer before spending $50 on a TENS unit. Expensive countermeasures costing many hundreds or even thousands of dollars have generally not been found to be any more effective than the relatively inexpensive countermeasures discussed here.

Once countermeasures are found that work, switching-off between two or more of them may increase their overall effectiveness as it forces them to continually readjust their protocol. For example wear a shielded baseball cap during the day and listen to an anti-tinnitus CD at night. Try moving shielding components around to a different spot each night. Reserve an especially effective countermeasure for use only in rare instances of unusually heavy attacks.

If you've never or only briefly experimented with shielding then doing so is highly recommended. You may feel only a little better at night but then during the day may have more energy and may be able to get more accomplished. In some cases it has made the difference between a nightmarish existence and a more positive outlook on life.

More shielding ideas and supplies are at:

http://www.freedomfchs.com/id34.html
http://www.montalk.net/conspiracy/55
http://www.multistalkervictims.org/oscd.pdf

http://areyoutargeted.com/survival/shielding
http://www.lessemf.com/
http://www.blockemf.com/

17.

WHEREFORE, Judgment should be entered for Plaintiff and against Defendants in the amount of $100,000,000.00, actual damages in the amount of $27,000, a replacement of the stolen vehicle and the mandamus should be granted ordering Mike Doyly to further investigate this matter and Defendants should be enjoined from employing Voice to Skull technology and harassing electronic communications and non-lethal weapons against Plaintiff along with costs, interest and fees and all other requested and warranted relief.

Executed this 5th day of August, 2013 under the penalty for perjury.

_____

Frederick Banks
PO Box 42303
Pittsburgh, PA 15203
PLAINTIFF

-

Fred Banks
PO Box 40303
Pittsburgh, PA 15203

RECEIVED
HARRISBURG, PA

AUG 07 2013

MARY E. D'ANDREA, CLERK
Per

Clerk, United States District Court
po Box 983
Harrisburg, PA 17108


Equality
FOREVER


Freedom
FOREVER


Justice
FOREVER

Liberty
FOREVER

Equality
FOREVER